## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

21 U.S.C. § 841(a)(1) - Possession With Intent to Distribute Cocaine Base in the Form of "Crack"

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Minimum 5 years, maximum 40 years imprisonment; $2,000,000 fine; minimum 4 years, maximum life of supervised release; $100 special assessment

**DEFENDANT - U.S.**
▶ ROMMEL BORJAS, a/k/a "Shorty"

**DISTRICT COURT NUMBER**
CR 07 0531 SI

*(Filed AUG -9 PM 3:59 stamp)*

### PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**
Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

**SHOW DOCKET NO.**

**MAGISTRATE CASE NO.**
3-07--70470 JCS

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ 8/9/2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
### VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

ROMMEL BORJAS,
a/k/a "Shorty"

CR 07 0531 SI

DEFENDANT.

---

# INDICTMENT

21 U.S.C. § 841(a)(1) - Possession With Intent to Distribute Cocaine Base in the Form of "Crack"

---

A true bill.

_____
Foreman

Filed in open court this 9th day of
Aug. 2007

Karen L. Hon
KAREN L. HOM
Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ No process

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3
4
5
6
7
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,         )   Criminal No. CR 07 0531 SI
13         Plaintiff,                 )
                                      )   VIOLATION: 21 U.S.C. § 841(a)(1)
14         v.                         )   [Possession with Intent to Distribute
                                      )   Cocaine Base in the Form of "Crack"]
15  ROMMEL BORJAS,                    )
       a/k/a "Shorty,"                )   SAN FRANCISCO VENUE
16                                    )
           Defendant.                 )
17  _____    )
18
19                              INDICTMENT
20  The Grand Jury charges:
21  COUNT ONE:       21 U.S.C. § 841(a)(1)
                     [Possession with Intent to Distribute Cocaine Base in the Form of "Crack"]
22
    On or about May 28, 2006, in the Northern District of California, the defendant,
23
                              **ROMMEL BORJAS,**
24                              a/k/a "Shorty"
25  did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance,
26  to wit: 5 grams or more of a mixture and substance containing a detectable amount of cocaine base
27  in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).
28

INDICTMENT

```
 1
 2   DATED:                              A TRUE BILL.
 3
 4                                       _____
 5                                       FOREPERSON

 6   SCOTT N. SCHOOLS
     United States Attorney
 7

 8   _____
     JAMES CHOU
 9   Acting Chief, Criminal Division

10   (Approved as to form: ___SNS___ )
                            USA Schools
11
```

INDICTMENT                                  2