| DOCUMENTS UNDER SEAL ☐ | | | | DOCUMENT NUMBER: | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE<br>MINUTE ORDER** | | DEPUTY CLERK<br>Karen L. Hom | | REPORTER/FTR<br>FTR 9:39-9:43 | |
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | | DATE<br>August 9, 2007 | | NEW CASE<br>☐ | CASE NUMBER<br>3-07-70470 JCS |

### APPEARANCES

| DEFENDANT<br>Rommel Borjas-Alfaro | AGE<br>31 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Dan Blank | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Scott N. Schools | | INTERPRETER | | ☒ FIN. AFFT<br>SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Betty Kim | | | DEF ELIGIBLE FOR ☒<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD   TYPE NH IN TIME FIELD)

| ☒ INITIAL APPEAR<br>time 4 M | ☐ PRELIM HRG<br>time | ☐ MOTION<br>time | ☐ JUGM'T & SENTG<br>time | ☐ STATUS<br>time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL<br>time | ☐ ARRAIGNMENT<br>time | ☐ BOND SIGNING<br>time | ☐ IA REV PROB or<br>S/R time | ☐ BAIL REVIEW<br>time |
| ☐ DETENTION HRG<br>time | ☐ ID/REMOVALHRG<br>time | ☐ CHANGE PLEA<br>time | ☐ PROB. REVOC<br>time | ☐ SUP REL HRG<br>time |

*FILED AUG X 9 2007 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

### INITIAL APPEARANCE

| ☒ ADVISED<br>OF RIGHTS | ☒ ADVISED<br>OF CHARGES | ☒ NAME AS CHARGED<br>IS TRUE NAME | |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☒ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☒ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO:<br>08/14/07 | ☐ I.D. COUNSEL | ☐ BOND<br>SIGNING | ☐ STATUS RE:<br>CONSENT | ☐ STATUS/TRIALSET |
|---|---|---|---|---|
| AT:<br>9:30 AM | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR | ☐ CHANGE OF<br>PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>Judge Spero | ☒ DETENTION<br>HEARING | ARRAIGN-<br>MENT | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY/<br>REMOVAL | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP.REL.<br>REV. HEARING |

### ADDITIONAL PROCEEDINGS

Gov't offered proffer. Dft has an ICE hold. Dft also ordered to appear on 8/23/7 at 9:30 AM before Judge Spero for a prelim hearing or arraignment.

KLH, JCS