SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 138549)
Chief, Criminal Division

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7253
   Email: scott.schools2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> ROMMEL BORJAS ) <br>      a/k/a "Shorty" ) <br> ) <br>    Defendant. ) <br> _____ ) | CR 3-07-0531 SI <br><br> [PROPOSED] ORDER TO EXCLUDE TIME BETWEEN AUGUST 14, 2007 AND SEPTEMBER 7, 2007 |

     The parties appeared on August 14, 2007 for arraignment on an indictment. The defendant entered a plea of not guilty. The case was continued to September 7, 2007 for an initial appearance in district court in front of The Hon. Susan Illston, United States District Judge.

     The government has provided discovery to the defendant, but counsel was appointed only on August 9, 2007, and needs to review the discovery, conduct any appropriate investigation, and discuss potential courses of conduct with the defendant prior to the scheduled hearing on September 7, 2007. The parties stipulate and agree that failure to exclude the time period between August 14, 2007 and September 7, 2007 from computation under the Speedy Trial Act

ORDER
CR 03-06-70746 JCS

would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  The parties further stipulate that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. For these reasons and with the agreement of the parties, the Court hereby finds that the time between August 14, 2007 and September 7, 2007 shall be excluded under the Speedy Trial Act.

DATED:  08/21/07                                        /s/ Daniel Blank
                                                        DANIEL BLANK
                                                        Attorney for Defendant Rommel Borjas

DATED:  08/21/07                                        /s/ Scott N. Schools
                                                        SCOTT N. SCHOOLS
                                                        United States Attorney

        IT IS SO ORDERED.

DATED:_____                                  _____
                                                        JOSEPH  C. SPERO
                                                        United States Magistrate Judge