**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 9/7/07

Case No.    CR-07-0531  SI                Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- ROMMEL BORJAS-ALFARO (C)

Attorneys:   Schools            Blank

Deputy Clerk: Tracy Sutton  Court Reporter: Columbini

**PROCEEDINGS**

1)  Trial Setting/Status- HELD
2)
3)
Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN       (  ) SUBMITTED
                                                PART

Case continued to **9/14/07 @ 11:00 a.m.**   for Change of Plea/Trial Setting

Case continued to   **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  **@**   for Pretrial Conference

Case continued to   **@ 8:30 a.m.**   for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:    Plea/Cont. Of Counsel
**Delay begins:          Delay ends: 9/14/07**
(     AUSA to draft order              )

ORDERED AFTER HEARING:
Counsel anticipate that this case can be resolved prior to trial.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )