UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 9/14/07

Case No.   CR-07-0531 SI          Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- ROMMEL BORJAS-ALFARO (C)

Attorneys:   Schools          Blank

Deputy Clerk: Tracy Sutton   Court Reporter: Yeomans

**PROCEEDINGS**

1) Change of Plea -   HELD
2)
3)
Order to be prepared by:  ( ) Pltf   ( ) Deft   ( ) Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                                PART

Case continued to **11/30/07 @ 11:00 a.m.**   for Judgment & Sentence

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:
ORDERED AFTER HEARING:
 The defendant plead guilty to a single count indictment.
 No written agreement was filed (open plea).

 (SPEEDY TRIAL DEADLINE AS OF TODAY: )