UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 14 2007

Case Number: Rommel Borjas Alvaso

Defendant's Name: CR07-531 SI

Defense Counsel: D. Blank

Due Date: 11/30/07 @ 11 AM

NOTICE TO DEFENSE COUNSEL

The Court has directed that a   __X__ Presentence Investigation

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **PROBATION OFFICE, ROOM 17-6884, BEFORE LEAVING THE COURTHOUSE today** to make the necessary arrangements.

For use of Courtroom Deputies
Is defendant in custody? Yes
Is defendant English speaking? Yes
What is defendant's address?

Richard W. Wieking
Clerk

by: Britton
T. Sutton, Deputy Clerk

cc: U.S. Probation Office