**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 11/30/07

Case No.   CR-07-0531 SI                 Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- ROMMEL BORJAS-ALFARO (C)

Attorneys:  Schools          Blank

Deputy Clerk: Tracy Sutton  Court Reporter: M. Gurule

**PROCEEDINGS**

1)  Judgment & Sentence -   HELD
2)

3)

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN        (  ) SUBMITTED
                                                          PART

Case continued to

Case continued to  @ 11:00 a.m.  for Motions
(Motion due , Opposition  Reply )

Case continued to  @  for Pretrial Conference

Case continued to  @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: __
ORDERED AFTER HEARING:
cust: 75 months
sup. Release: 7 years w/special conditions
Sp. Ass: $100.00