AMENDED

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: 11/30/07

Case No.  CR-07-0531 SI           Judge: SUSAN ILLSTON

Title:  UNITED STATES -v- ROMMEL BORJAS-ALFARO (C)

Attorneys:  Schools          Blank

Deputy Clerk: Tracy Sutton   Court Reporter: M. Gurule

### PROCEEDINGS

1) Judgment & Sentence -  HELD
2)
3)

Order to be prepared by: ( )Pltf   ( )Deft   ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                          PART

Case continued to

Case continued to  @ 11:00 a.m.  for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: __
ORDERED AFTER HEARING:
cust: 75 months
sup. Release: ~~7 years~~ 3years w/special conditions
Sp. Ass: $100.00